IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| VIRNA M. DANIELS, <br> Plaintiff, <br><br> v. <br><br> HOUSING AUTHORITY OF PRINCE GEORGE'S COUNTY, *et al.*, <br> Defendants. | * * * * * * * * * * * | Civil Action No. 11-cv-02938-AW |

*********************************************************************

## **Order**

Currently pending before the Court is a Motion to Dismiss by Defendants Housing Authority of Prince George's County and Eric C. Brown, in his official capacity as Executive Director of the Housing Authority of Prince George's County. Doc. No. 12. The Court has reviewed the motion papers submitted by the Parties and finds that no hearing is necessary. *See* Loc. R. 105(6) (D. Md. 2010). Defendants have not filed a timely reply and have informed the Court that they do not intend to do so, and thus Defendants' motion is ripe for review. For the reasons stated in the accompanying Memorandum Opinion, it is, this 12th day of March, 2012, ordered that:

1) Defendants' Motion to Dismiss, Doc. No. 12, is denied;

2) The Court will issue a Scheduling Order; and

3) The Clerk transmit copies of this order to counsel.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE