UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (Greenbelt)

_____
                                            )
VIRNA M. DANIELS                            )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )   Civil Action No. 8:11-cv-02938-AW
                                            )
HOUSING AUTHORITY OF                        )
PRINCE GEORGE'S COUNTY;                     )
ERIC C. BROWN                               )
                                            )
            Defendants                      )
_____)

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order in this case, Plaintiff and Defendants submit the following status report:

1. The Parties have completed discovery.

2. There are no motions pending.

3. The Parties intend to file Motions for Summary Judgment. Plaintiff will file her Motion first, followed by Defendants' Response and Cross-Motion.

4. The case is to be tried non-jury. The Parties anticipate the trial will last at most two days.

5. The Parties certify that they have conducted serious settlement negotiations through counsel. Plaintiff's counsel Hong Park and Defendants' counsel Melissa Worden spoke by phone on 11/30/11 and emailed on 12/2/11. Plaintiff's counsel Hong Park and Defendants' counsel John Fredrickson spoke by phone on 12/8/11 and emailed on 12/9/11, 12/20/11, 12/21/11, 1/19/11, and 2/3/11. Plaintiff's counsel Hong Park and Defendants' counsel Susan Zuhowski spoke by phone on 4/12/12.

1

6. The Parties are willing to engage in ADR after the filing of dispositive motions.

7. Plaintiff does not consent to have a Magistrate Judge conduct all further proceedings in this case.

8. The Parties have no other matters which should be brought to the court's attention.

Respectfully submitted,

**LEGAL AID BUREAU, INC.**

*/s/ Hong Park            .*
Hong Park, Esq. (Federal Bar No. 27680)
Legal Aid Bureau, Inc.
6811 Kenilworth Avenue, Suite 500
Riverdale, Maryland 20737
(301) 560-2158
(301) 927-4258 facsimile
hpark@mdlab.org

Counsel for Plaintiff


**O'MALLEY, MILES, NYLEN & GILMORE, P.A.**

/s/_____
Susan Zuhowski   (Federal Bar No. 11284)
1785 Beltsville Drive, 10th Floor
Calverton, MD  20705
(301) 572-1926
(301) 572-6655 facsimile
szuhowski@omng.com

Counsel for Defendants
Housing Authority of Prince George's County
       and Eric C. Brown

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2012, I served a copy of the Joint Status Report on Defendants' counsel, Susan Zuhowski, 1785 Beltsville Drive, 10th Floor, Calverton, MD 20705, szuhowski@omng.com, via CM/ECF.

                                */s/ Hong Park*      .
                                Hong Park, Esq.